IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-032 (SLR) |
| | ) |
| CSC HOLDINGS, LLC, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendant to answer, move or otherwise respond to the Complaint for Patent Infringement shall be extended to September 6, 2013.

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ Brian E. Farnan* | */s/ Rodger D. Smith II* |
| Brian E. Farnan (#4089) | Jack B. Blumenfeld (#1014) |
| 919 North Market Street, 12th Floor | Rodger D. Smith II (#3778) |
| Wilmington, DE 19801 | 1201 North Market Street |
| (302) 777-0300 | P.O. Box 1347 |
| bfarnan@farnanlaw.com | Wilmington, DE 19899 |
| | (302) 658-9200 |
| *Attorneys for Plaintiff* | jblumenfeld@mnat.com |
| | rsmith@mnat.com |
| | |
| | *Attorneys for Defendant* |

IT IS SO ORDERED, this _____ day of _____ 2013.

_____
The Honorable Sue L. Robinson

7320248.1